BENJAMIN GUNTHER, Appellant, *v.* DOUGLAS L. ELLIMAN & COMPANY, INC., et al., Respondents.

Argued May 28, 1952; decided June 6, 1952.

*George J. Rudnick* for appellant.

*Alexander Pfeiffer* and *Clarence S. Barasch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.